Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE           FORM 3

|  |  |
|---|---|
| **HARDWARE RESOURCES, INC.** <br>          **Plaintiffs,** <br><br>       v. <br><br> **UNITED STATES,** <br><br>          **Defendant.** | ) <br> ) <br> ) <br> ) <br> )  **SUMMONS  Ct. No. 23-00150** <br> ) <br> ) <br> ) <br> ) <br> ) |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

               /s/ Mario Toscano
               Clerk of the Court

1.   Plaintiff in this action is Hardware Resources, Inc., importer of the merchandise found to be within the scope of the antidumping and countervailing duty orders on Wood Mouldings and Millwork Products from the People's Republic of China. Plaintiff was a party to the proceeding that led to the contested determination through the submission of the scope ruling request and questionnaire responses.  Plaintiff, therefore, is an interested party pursuant to 19 U.S.C. § 1677(9)(A).  Plaintiff thus has standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2.   Plaintiff contests the final scope ruling determination by the U.S. Department of Commerce in its Antidumping and Countervailing Duty Orders on Wood Mouldings and Millwork Products from the People's Republic of China: Request by Hardware Resources, Inc. (ACCESS Barcode: 4411647-01).
(Brief description of contested determination)

3.   The Final Scope Ruling was issued to the parties and uploaded on ACCESS on August 3, 2022.
(Date of determination)

4.   N/A.
(If applicable, date of publication in Federal Register of notice of contested determination)

2                                                                                                                                    Form 3-2

           /s/ Jeffrey S. Grimson
           Jeffrey S. Grimson
           Kristin H. Mowry
           Jill A. Cramer
           Sarah M. Wyss
           Bryan P. Cenko
           Yixin (Cleo) Li
           Ronalda G. Smith
           Mowry & Grimson, PLLC
           5335 Wisconsin Avenue, Suite 810
           Washington, DC 20015
           202-688-3610
           trade@mowrygrimson.com
           *Counsel to Hardware Resources, Inc.*

Date: August 4, 2023

**SEE REVERSE SIDE**

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)