## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HARDWARE RESOURCES, INC., <br><br>          Plaintiff, <br><br>    v. <br><br>UNITED STATES, <br><br>          Defendant, <br><br>    and <br><br>COALITION OF AMERICAN MILLWORK PRODUCERS, <br><br>          Defendant-Intervenor. | **Court No. 23-00150** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Timothy M. Reif, is hereby reassigned to the Honorable Joseph A. Laroski, Jr.

Dated at New York, New York, this 27th day of March, 2024

                                                 /s/ Mark A. Barnett
                                                   Mark A. Barnett
                                                     Chief Judge